UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESTON EUGENE RICHARDSON,

          Plaintiff,

    v.

KING COUNTY CORRECTIONS FACILITY, et al.,

          Defendants.

Case No. C19-456-JCC-MLP

REPORT AND RECOMMENDATION

Plaintiff, an inmate at the Coyote Ridge Corrections Center in Connell, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. On May 9, 2019, the Court declined to serve Plaintiff's complaint due to numerous deficiencies. (Dkt. # 14.) The Court granted Plaintiff leave to file an amended complaint within 30 days and informed him that failure to file an amended complaint that cured the identified deficiencies could result in dismissal of the action. (*See id.*) Plaintiff subsequently filed three successive motions for extension of time, each of which the Court granted. (Dkt. ## 18-23.) The last deadline the Court set was October 23, 2019. (Dkt. # 23.) To date, Plaintiff has failed to submit an amended complaint or otherwise respond to the Court's order. Accordingly, the Court recommends that

REPORT AND RECOMMENDATION - 1

1  this § 1983 action be DISMISSED without prejudice. A proposed order accompanies this Report
2  and Recommendation.
3      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
5  and Recommendation is signed. Failure to file objections within the specified time may affect
6  your right to appeal. Objections should be noted for consideration on the District Judge's
7  motions calendar for the third Friday after they are filed. Responses to objections may be filed
8  within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter
9  will be ready for consideration by the District Judge on **January 3, 2020**.
10     The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
11 to the Honorable John C. Coughenour.
12     Dated this 6th day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2